**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Clarence E. Scott, Jr., :
: Civil Action No. 14-7475(SRC)
      Petitioner, :
:
    v. : **ORDER**
:
Stephen D'Ilio, :
:
      Respondent :

    **CHESLER**, United States District Judge

    This matter comes before the Court upon Petitioner's motion for default judgment in this habeas proceeding under 28 U.S.C. § 2254. (ECF No. 16.) On January 7, 2016, Petitioner sought default judgment against Respondent because Respondent had not filed an answer. However, Respondent electronically filed an Answer to the petition three months earlier, but apparently neglected to mail copies to Petitioner. (ECF Nos. 10, 13.) This Court ordered Respondent to serve a copy of the Answer, brief, and all exhibits on Petitioner, and Respondent has done so. (ECF Nos. 15, 17.) The Court has extended the time in which Petitioner may file a reply to the Answer. (ECF No. 20.)

    IT IS therefore on this 27th day of April, 2016

    ORDERED that Petitioner's motion for default judgment (ECF No. 16) is DENIED; and it is further

ORDERED that the Clerk shall serve this Order on Petitioner by regular U.S. mail.

_____
STANLEY R. CHESLER
United States District Judge